UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 23-60114-CIV-MARTINEZ-BECERRA

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before this Court on Plaintiff CreeLED, Inc.'s Motion for Entry of Preliminary Injunction (the "Motion"), (ECF No. 4). The Motion was referred to Magistrate Judge Jacqueline Becerra for a report and recommendation. (ECF No. 14.) On June 8, 2023, Judge Becerra held a hearing on the Motion. (ECF No. 25.) On June 9, 2023, Judge Becerra issued a Report and Recommendation in which she recommended that the Motion be granted. (ECF No. 29.) This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to object has passed. After careful consideration, it is:

**ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 29), is **AFFIRMED** and **ADOPTED**.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, (ECF No. 4), is **GRANTED**. A preliminary injunction is entered against all Defendants pursuant to the terms set forth in the Report and Recommendation, (ECF No. 29).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of June, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record